IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONEISHA L. SHERROD, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:17-cv-00758-O |
| | § | |
| UNITED WAY OF TARRANT COUNTY, | § | |
| | § | |
|     Defendant. | § | |

### PLAINTIFF'S UNOPPOSED MOTION IN LIMINE

TO THE HONORABLE REED O'CONNOR:

    Plaintiff Coneisha L. Sherrod moves for the following in limine:

    Any reference to or mention of any abandoned claims or dismissal of parties. FED. R. EVID. 401-403.

    WHEREFORE, Plaintiff requests that, before commencement of voir dire examination of the jury, counsel for Defendant United Way of Tarrant County (UWTC), and all witnesses be instructed by an appropriate order from this Court to refrain from making any mention or interrogation, directly or indirectly, in any manner whatsoever, concerning any of the matters set forth herein without first approaching the bench and obtaining a ruling of the Court, outside the presence of any jurors or prospective jurors, in regard to the admissibility of such matters.

      Respectfully submitted,

      */s/ Brian P. Sanford*
        Brian P. Sanford
        Texas Bar No. 17630700
        bsanford@sanfordfirm.com
        David B. Norris
        Texas Bar No. 24060934
        dnorris@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph: (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF**
**CONEISHA SHERROD**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

      */s/ Brian P. Sanford*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendant on November 13, 2018, regarding the matters in this motion and Defendant does not oppose the motion.

      */s/ Brian P. Sanford*