IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| CONEISHA L. SHERROD, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| vs. | § | Civil Action No. 4:17:cv-00758-O |
| UNITED WAY OF TARRANT COUNTY, | § § § | |
| Defendant. | § | |

**PLAINTIFF'S EXHIBIT LIST**

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 1 | | | | Smyers Email Re: Recap- Complaints Concerning Finance Staff (2/14/17), dated 2-15-17 | Sherrod 0001-02 |
| 2 | | | | Boyd Memo Re: Complaint, dated 2-14-17 with email dated 2-16-17 | Sherrod 00004-10 |
| 3 | | | | Castrellon email Re: Statement of Report, dated 2-22-17 | Sherrod 00011-12 |
| 4 | | | | Boyd email Re: FW: form 1295, dated 1-27-17 | Sherrod 00017-20 |
| 5 | | | | Sherrod email Re: Fwd: Reminder- Out of Office (Coneisha), dated 2-17-17 | Sherrod 00021-22 |
| 6 | | | | Smyers/Sherrod email chain Re: Finance, dated 2-22-17 | Sherrod 00023-24 |
| 7 | | | | Smyers/Jones email chain Re: Executive Staffing of Board & Committee Meetings, dated 2-23-17 | Sherrod 00025-27 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 8 | | | | Boyd/Sherrod email chain Re: Fwd: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 2-28-17 | Sherrod 00028-30 |
| 9 | | | | Sherrod email Re: Fwd: Just an FYI, dated 3-2-17 | Sherrod 00031-33 |
| 10 | | | | Smyers email chain Re: Accepted: Monthly (February) Meeting with TD and Coneisha, dated 3-2-17 | Sherrod 00034-37 |
| 11 | | | | Sherrod email chain Re: Formal Complaint, dated 3-2-17 | Sherrod 00038-41 |
| 12 | | | | Sherrod email, Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-15-17 | Sherrod 00042-43 |
| 13 | | | | Booker email chain Re: Immediate Employee Resignation 03/03/2017, dated 3-3-17 | Sherrod 00044-45 |
| 14 | | | | McKinney email Re: Employee Matter, dated 2-4-16 | Sherrod 00091 |
| 15 | | | | Jones email Re: February 19, 2016, dated 2-12-16 | Sherrod 00092 |
| 16 | | | | Jones letter to Sherrod, dated 5-19-16 | Sherrod 00093 |
| 17 | | | | Dixon letter to Sherrod, dated 9-17-13 | Sherrod 00094 |
| 18 | | | | United Way Planning Committee Photos, 2016 | Sherrod 00137-141 |
| 19 | | | | Djordjevic email Re: Congratulations: Your Appointment on United Way Talent Advisory Council, dated 11-29-16 | Sherrod 00142-143 |
| 20 | | | | Boyd email Re: Thank You!, dated 2-22-16 | Sherrod 00145 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 21 | | | | Sherrod Request Time Off, March 2017 | Sherrod 00147 |
| 22 | | | | Sherrod Performance Documents, 2014-2016 | Sherrod 00148-165 |
| 23 | | | | Sherrod Job Description, 2015 | Sherrod 00166-167 |
| 24 | | | | McKinney email Re: Salaries, dated 2-9-17 | Sherrod 00170 |
| 25 | | | | McKinney income documents, 2010-2011 | Sherrod 00171-175 |
| 26 | | | | McKinney income documents dated 8-14-08 | Sherrod 00215 |
| 27 | | | | Sherrod emails Re: FW: United Way: Leah King Resume, dated 5-17-16 | Sherrod 00219 |
| 28 | | | | McKinney letter and attachment dated 7-1-15 | Sherrod 00220-223 |
| 29 | | | | Sherrod email Re: Employee Relations Meeting, dated 8-15-16 | Sherrod 00224-225 |
| 30 | | | | Incident Report Re: Britton Pavlic, VP Finance and Controller, dated 7-25-16 | Sherrod 00226-227 |
| 31 | | | | Netherland email chain Re: Time Cards, dated 7-25-16 | Sherrod 00228-229 |
| 32 | | | | Sherrod email chain Re: Internal Complaint – June 6, 2016, dated 9-26-16 | Sherrod 00230 |
| 33 | | | | Spiker email Re: Tim McKinney's Incentive Compensation, dated 9-26-15 | Sherrod 00231 |
| 34 | | | | CEO Bonus Authorization dated 10-11-16 | Sherrod 00232 |
| 35 | | | | Sherrod email chain Re: Executive Presence – One Month Later, dated 10-16-14 | Sherrod 00233-235 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 36 | | | | United Way of Tarrant County Organization Goals & Objectives, June 2013 | Sherrod 00236-247 |
| 37 | | | | Vita letter dated 5-13-14 | Sherrod 00248-250 |
| 38 | | | | 403b Letters dated 5-16-14 | Sherrod 00251-294 |
| 39 | | | | Vita email Re: Corrective Contribution Payment, dated 5-15-14 | Sherrod 00295 |
| 40 | | | | Griffin letter to IRS with attachments dated 5-29-14 | Sherrod 00296-457 |
| 41 | | | | 403b Plan emails date 1-31-17 | Sherrod 00458-461 |
| 42 | | | | Sherrod Designation of Authorized Representative Form dated 11-8-13 | Sherrod 00462 |
| 43 | | | | Sherrod email chain Re: Verification of Contact Info: United Way of Tarrant County, dated 11-8-13 | Sherrod 00463-464 |
| 44 | | | | Retirement Plan Documents, 2016-2017 | Sherrod 00465-550 |
| 45 | | | | Booker email dated 1-19-16 Re: Tim McKinney's Base Pay | Sherrod 00551-52 |
| 46 | | | | Wallace email Re: FW: Draft: Compensation and Benefits Committee (Recommendations for Approval), dated 1-8-16 | Sherrod 00554-59 |
| 47 | | | | McKinney Letter to Lee dated 7-1-2015 | Sherrod 00560-63 |
| 48 | | | | Succession Planning Sub-Committee Minutes dated 1-20-15 | Sherrod 00564-66 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 49 | | | | Succession Planning Sub-Committee Minutes dated 3-17-15 | Sherrod 00564-66 |
| 50 | | | | Smyers email RE: Employment Status, dated 3-3-17 | Sherrod 00569 |
| 51 | | | | McKinney email Re: Coneisha sent you a message, dated 3-6-2017 | Sherrod 00573-75 |
| 52 | | | | McKinney letter to Sherrod Re: termination, resignation, and severance, dated 3-8-17 | Sherrod 00576-82 |
| 53 | | | | Board and Committee Lists | Sherrod 00583-646 |
| 54 | | | | Bylaws 2017 | Sherrod 00654-74 |
| 55 | | | | Minutes dated 11-18-14 | Sherrod 00737-45 |
| 56 | | | | Notes for 11-30-14 Financial Statements – Total Assets | Sherrod 00746 - 52 |
| 57 | | | | Email from Sherrod Re: Formal Complaint, dated 3-2-17 | Sherrod 0787-88 |
| 58 | | | | Sherrod email Re: Formal Complaint (TD Smyers), dated 3-2-17 | Sherrod 00789-90 |
| 59 | | | | Notes for 1-31-15 Financial Statements | Sherrod 00803-12 |
| 60 | | | | Bylaws 2015 | Sherrod 00822-41 |
| 61 | | | | McKinney email chain Re: EXTERNAL: Human resources related decisions, dated 6-19-16 | Sherrod 00990-992 |
| 62 | | | | Sherrod email chain Re: Trust, dated 6-23-16 | Sherrod 00993-994 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 63 | | | | Internal Investigation Report Re: Marilyn Jones, dated 7-6-16 | Sherrod 00995-996 |
| 64 | | | | Stewart email Re: May 23rd, dated 7-12-16 | Sherrod 00997 |
| 65 | | | | Jones email Re: Follow-up, dated 7-13-16 | Sherrod 00998 |
| 66 | | | | Jones Memo Re: Don Smith, dated 7-11-16 | Sherrod 00999-1002 |
| 67 | | | | Complaint of Inappropriate Behavior Re: Don Smith | Sherrod 01003-1004 |
| 68 | | | | Smith email chain Re: Chelsea Guidry, dated 6-21-16 | Sherrod 01005-1010 |
| 69 | | | | Notes for June 30, 2014 Financial Statements | Sherrod 01022-1033 |
| 70 | | | | McKinney Letter Re: President's Report, dated 9-18-15 | Sherrod 01164-1166 |
| 71 | | | | Internal Investigation Report re: Stewart, dated 9-1-16 | Sherrod 01191-1192 |
| 72 | | | | Jones Memo Re: Record of Conversation Unacceptable Conduct and Performance Review (L. Stewart), dated 10-8-16 | Sherrod 01194-1197 |
| 73 | | | | Stewart email Re: My deepest apologies, dated 9-19-16 | Sherrod 01198-1199 |
| 74 | | | | Matkin Memo Re: Unprofessional Behavior of L. Stewart, dated 9-19-16 | Sherrod 01200-1205 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 75 | | | | Stewart memo Re: Modified Performance Review – September 8, 2016, dated 9-9-16 | Sherrod 01208-1212 |
| 76 | | | | Jones memo Re: Record of Conversation of Follow-up Meeting: Unacceptable Conduct and Performance Review (L. Stewart), dated 10-19-16 | Sherrod 01213-1217 |
| 77 | | | | Financial Statements, Year Ended June 30, 2015 | Sherrod 01246-1279 |
| 78 | | | | Official Code of Ethics, Revised: Jan. 15, 2008) | Sherrod 01418-1429 |
| 79 | | | | Sherrod email chain Re: Formal Complaint, dated 3-2-17 | Sherrod 01447-1450 |
| 80 | | | | Sherrod income documents for 2017 | Sherrod 01519-1526 |
| 81 | | | | Sherrod Resume | Sherrod 01530-1531 |
| 82 | | | | Employee Handbook (Last Revised: 9/26/2016) | Sherrod 01532-1764 |
| 83 | | | | Clark email Re: FW: ERISA Attorney, dated 3-24-14 | Sherrod 01765-1766 |
| 84 | | | | Sherrod Earnings Statements and Benefits Info, 2016 | Sherrod 01767-1822 |
| 85 | | | | Sherrod pay stubs, 2016 | Sherrod 01850-1852 |
| 86 | | | | McKinney email chain Re: Fwd: February 19, 2016, dated 2-12-16 | Sherrod 01853-1854 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 87 | | | | Sherrod letter to City of Fort Worth Human Relations Unit, dated 3-6-17 | Sherrod 01869-1871 |
| 88 | | | | McKinney email chain Re: United Way of Tarrant County, dated 7-22-16 | Sherrod 01891-1893 |
| 89 | | | | Sherrod email Re: FW: Internal Complaint – June 6, 2016, dated 9-26-16 | Sherrod 01894 |
| 90 | | | | Investigation Report re: McKinney, Smyers, and Buehler dated 9-14-16 | Sherrod 01895-1899 |
| 91 | | | | Hunt letter Re: Marilyn Jones, dated 2-19-15 | Sherrod 01900-1904 |
| 92 | | | | McKinney email chain Re: M. Jones Correspondence, dated 4-7-15 | Sherrod 01905-1906 |
| 93 | | | | MacLeod letter Re: Marilyn Jones, dated 4-2-15 | Sherrod 01907-1908 |
| 94 | | | | Moody email Re: FW: Please pay this today, dated 2-22-17 | Sherrod 01912-1913 |
| 95 | | | | Moody memo to Sherrod, dated 2-13-17 | Sherrod 01914 |
| 96 | | | | Moody email Re: HR issues, dated 2-13-17 | Sherrod 01915-1916 |
| 97 | | | | Snow email Re: Statement and Job Duties, dated 2-10-17 | Sherrod 01917-1920 |
| 98 | | | | Netherland letter to Sherrod, dated 2-14-17 | Sherrod 01921-1922 |
| 99 | | | | Netherland email Re: Morning Conversation, dated 2-14-17 | Sherrod 01923 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 100 | | | | Stacy email Re: Our meeting 2/14/17, dated 2-14-17 | Sherrod 01924-1926 |
| 101 | | | | Frederick email Re: Updates on issue, dated 2-8-17 | Sherrod 01929 |
| 102 | | | | Jones email chain Re: February 19, 2016, dated 2-12-16 | Sherrod 01930-1932 |
| 103 | | | | Castrellon email Re: Observations from Finance Investigation, dated 3-2-17 | Sherrod 01940 |
| 104 | | | | Sherrod email Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-22-17 | Sherrod 01944 |
| 105 | | | | Smyers email Re: Finance, dated 2-22-17 | Sherrod 01945 |
| 106 | | | | 2015 Employee Salary Administration Report | Sherrod 01963-1965 |
| 107 | | | | McKinney email Re: SVP of Development Hiring Process, dated 3-7-16 | Sherrod 01967-1969 |
| 108 | | | | McKinney email Re: FW: SVP of Development Hiring Process, dated 3-7-16 | Sherrod 01970-1974 |
| 109 | | | | McKinney email Re: FW: SVP of Development Hiring Process, dated 3-9-16 | Sherrod 01975-1978 |
| 110 | | | | Lopez email Re: Review of Incumbent Salary, dated 3-12-15 | Sherrod 01997-2004 |
| 111 | | | | Booker email chain Re: 2-1-1, dated 5-17-17 | Sherrod 02005 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 112 | | | | Notice of Jones 3-4-16 EEOC Charge, dated 3-24-16 | Sherrod 02012-2015 |
| 113 | | | | Booker email chain Re: Resource Development Enabling Strategy, dated 4-17-16 | Sherrod 02026-2029 |
| 114 | | | | Jones Settlement Agreement, dated 5-6-15 | Sherrod 02031-2038 |
| 115 | | | | Jones letter to Sherrod re retaliation, dated 5-19-16 | Sherrod 02042 |
| 116 | | | | Jones memo Re: Responses to UWTC Internal Investigation, dated 6-6-16 | Sherrod 02045-2056 |
| 117 | | | | Jones email chain Re: Strategic Review Retaliation, dated 6-2-16 | Sherrod 02057-2058 |
| 118 | | | | McKinney email chain Re: Board correspondence re succession planning, dated 7-20-16 | Sherrod 02080 |
| 119 | | | | Buehler email chain Re: FW: TD Smyers recommendation for COO/Development Officer, dated 7-18-16 | Sherrod 02081 |
| 120 | | | | Buehler email chain Re: FW: TD Smyers recommendation for COO/Development Officer, dated 7-18-16 | Sherrod 02082-2083 |
| 121 | | | | Pearson Partners International COO/CDO Search Update and related documents | Sherrod 02087-2145 |
| 122 | | | | Buehler email chain Re: FW: Letter from Board Chair Scott Spiker, dated 7-18-16 | Sherrod 02182-2183 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 123 | | | | Spiker letter to UWTC Board of Directors, dated 10-15-15 | Sherrod 02184-2185 |
| 124 | | | | Buehler email chain Re: FW: FW: TD Smyers' Transition, dated 7-18-16 | Sherrod 02188-2190 |
| 125 | | | | Smyers email chain Re: 2-2-1 Pay Discrepancies, dated 12-1-16 | Sherrod 02195-2196 |
| 126 | | | | Boyd email on behalf of McKinney re: Star-Telegram article, dated 12-19-16 | Sherrod 02197 |
| 127 | | | | Historical Base Salary, Ann Rice with handwritten additions | Sherrod 02198 |
| 128 | | | | Job Description, Executive Vice President Community Development and Chief Operating Officer | Sherrod 02199-2201 |
| 129 | | | | Ann Rice Salary Documents | Sherrod 02202-2215 |
| 130 | | | | Written Warning, dated 2-21-12 | Sherrod 02216 |
| 131 | | | | Personnel records, C. McQuitty | Sherrod 02217-2237 |
| 132 | | | | Jones Investigation documents, dated 6-29-16 | Sherrod 02241-2254 |
| 133 | | | | Smyers email Re: The Strategic Planning Process and Our Community Development Enabling Strategy, dated 2-28-16 | Sherrod 02255-2268 |
| 134 | | | | Pharr letter to McKinney, dated 4-2-12 | Sherrod 02310 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 135 | | | | Personnel Records, L. Pharr | Sherrod 02316-2377 |
| 136 | | | | Pharr Offer Letter and Historical Base Salary, M. Jones | Sherrod 02378 |
| 137 | | | | MacLeod letter to McKinney Re: Marilyn Jones' Title and Compensation, dated 2-4-15 | Sherrod 02379-2380 |
| 138 | | | | Job Description, Sr. Vice President, Community Development and Jones Resume | Sherrod 02381-2384 |
| 139 | | | | Jones letter to McKinney, dated 1-29-15 | Sherrod 02385-2386 |
| 140 | | | | Jones personnel documents | Sherrod 02387-2399 |
| 141 | | | | Video, https://safeshare.tv/x/FvVTVikOSz (attempting to "spoof" images and videos of confrontations between police officers and African-Americans as a sporting game, and includes statements such as "next year's games will be brought to you by Travon Martin Hoodies. Remember they only come in two colors: 'Michael Brown' and 'Freddie Gray.'") *Last visited Jan. 26, 2018*. | |
| 142 | | | | Employee Information Tables | Sherrod 02521-2534 |
| 143 | | | | McKinney email Re: 403(b) Plan Record Keeper Recommendation, dated 1-31-17 | Sherrod 02535 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 144 | | | | Calendar, February-March 2017 | Sherrod 02536-2541 |
| 145 | | | | Recordkeeper Search Analysis, dated 12-13-16 | Sherrod 02542-2575 |
| 146 | | | | McKinney email Re: Leah King, dated 5-8-17 | Sherrod 02605 |
| 147 | | | | Photograph, Leah King mailings | Sherrod 02607 |
| 148 | | | | United Way Worldwide Code of Ethics Guide | Sherrod 02614-2629 |
| 149 | | | | 2015 Employee Salary Administration Report | Sherrod 02630-2634 |
| 150 | | | | 403(b) Plan Recordkeeper Evaluation and Recommendation Executive Summary | Sherrod 02638-2640 |
| 151 | | | | Excerpt, Global Standards for United Way Organizations | Sherrod 02680-2704 |
| 152 | | | | List of Officers | Sherrod 02778-2779 |
| 153 | | | | Recordkeeper Search Finalists Review & Recommendation, dated 1-24-17 | Sherrod 02798-2811 |
| 154 | | | | Sherrod recordings | |
| 155 | | | | Booker email Re: Fwd: Tim McKinney's Base Pay, dated 1-19-16 | Sherrod 02954 |
| 156 | | | | Qualifications Comparison, McQuitty, Jones | Sherrod 03278 |
| 157 | | | | Job Description, President and CEO | Sherrod 03279-3281 |
| 158 | | | | Jones Resume | Sherrod 03282-3283 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 159 | | | | McQuitty Resume | Sherrod 03295-3296 |
| 160 | | | | Pharr email Re: Interesting . . ., dated 2-9-11 | Sherrod 03308-3309 |
| 161 | | | | Executive & Finance Committees recommendation and approval (Tues., March 9, 2004) | Sherrod 03313-3314 |
| 162 | | | | McKinney email Re: Complaint, dated 4-6-16 | Sherrod 03322 |
| 163 | | | | Sherrod emails Re: Group Benefits Broker – Follow-up, dated 4-27-16 | Sherrod 03325-3326 |
| 164 | | | | McKinney email chain Re: Group Benefits Broker-Follow-up, dated 4-27-16 | Sherrod 03327-3328 |
| 165 | | | | COBRA Election documents, Sherrod, dated 5-5-17 | Sherrod 03333-3335 |
| 166 | | | | Hairston email Re: Coneisha Sherrod- COBRA Benefits Update, dated 6-7-17 | Sherrod 03344 |
| 167 | | | | Committee Oversight Items | Sherrod 03350 |
| 168 | | | | Succession Planning Sub-Committee minutes, dated 1-20-15 | Sherrod 03358-3360 |
| 169 | | | | Calendar, March 4, 2017 | Sherrod 03363 |
| 170 | | | | McKinney memo Re: Senior Management Contingency/Succession Plan, dated 12-12-11 | Sherrod 03364-3366 |
| 171 | | | | Pavlic email chain Re: Revised W-2's, dated 2-23-17 | Sherrod 03369-3370 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 172 | | | | Lopez email chain Re: HR, dated 4-27-16 | Sherrod 03373-3375 |
| 173 | | | | Statement to the Executive Committee re: Jones, dated 5-4-16 | Sherrod 03377-3386 |
| 174 | | | | Gutierrez email chain Re: Recommendation to modify current healthcare costs to employees | Sherrod 03390-3398 |
| 175 | | | | Jones email chain Re: Pay Issues, dated 12-2-16 | Sherrod 03541-3547 |
| 176 | | | | Officers, Directors, Trustees, Key Employees, Etc. Excel Spreadsheet | Sherrod 03753 |
| 177 | | | | Chambers email chain Re: "??", dated 7-19-16 | UWTC_001180-1182 |
| 178 | | | | Turner email Re: UWTC/Jones investigation, dated 8-5-16 | UWTC_001203-1204 |
| 179 | | | | Organizational Charts, dated 6-27-16 | UWTC_001235-1243 |
| 180 | | | | Handwritten Notes | UWTC_001096-1100 |
| 181 | | | | Handwritten Notes | UWTC_001112-1127 |
| 182 | | | | Proposed Committee Restructuring | UWTC_001129 |
| 183 | | | | Handwritten Notes | UWTC_001149-1158 |
| 184 | | | | McKinney email Re: TD Smyers, dated 9-26-16 | UWTC_000184 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 185 | | | | Smyers email chain Re: Cancelling meeting for Monday March 6, dated 3-2-17 | UWTC_000185-186 |
| 186 | | | | Boyd email Re: Calendar for March 2nd, dated 3-2-17 | UWTC_000187 |
| 187 | | | | Boyd calendar notice Re: Monthly (February) Meeting with TD and Coneisha, dated 3-6-17 | UWTC_000188 |
| 188 | | | | Boyd calendar notice Re: Weekly Meeting with Beverly – Cancelled, dated 3-6-17 | UWTC_000189 |
| 189 | | | | Boyd email Re: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 2-28-17 | UWTC_000190-191 |
| 190 | | | | Boyd email Re: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 12-12-16 | UWTC_000192 |
| 191 | | | | Equifax Fax Cover Sheet Re: Coneisha Sherrod, dated 3-27-17 | UWTC_000193 |
| 192 | | | | Sherrod email Re: Benefits Manager Corporate Gift, dated 10-21-16 | UWTC_000292-293 |
| 193 | | | | Smyers email chain Re: Please Remove Sherrod System Access, dated 3-3-17 | UWTC_000298-301 |
| 194 | | | | Smyers email chain Re: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 2-27-17 | UWTC_000305-307 |

| No. | Date Offered | Marked | Admitted | Description | Bates Stamp |
|---|---|---|---|---|---|
| 195 | | | | Lyttle email chain Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-27-17 | UWTC_000311-315 |
| 196 | | | | Organizational Charts | UWTC_0001-20 |
| 197 | | | | Sherrod Resume and Recommendation letters | UWTC_000122-127 |
| 198 | | | | Smyers Resume | UWTC_000139 |
| 199 | | | | United Way 990's | |
| 200 | | | | Sherrod Lost Pay Summary | |
| 201 | | | | Calendars | |
| 202 | | | | Chambers Recordings | |

Pursuant to the Court's Scheduling Order (Doc. No. 19), the parties have conferred regarding objections to exhibits (except for FRE 402 and 403 objections). Those objections are identified on the attached list.

*/s/ Brian Sanford*
Brian Sanford
Counsel for Plaintiff

*/s/ James T. McBride*
James T. McBride
Counsel for Defendant

Respectfully submitted,

By:   */s/   Brian P. Sanford*
Brian P. Sanford
Texas Bar No. 17630700
David B. Norris
Texas Bar No. 24060934

        **THE SANFORD FIRM**
        1910 Pacific Ave., Suite 15400
        Dallas, Texas 75201
        Telephone: (214) 717-6653
        Facsimile:  (214) 919-0113
        bsanford@sanfordfirm.com
        dnorris@sanfordfirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **CONEISHA SHERROD**

## CERTIFICATE OF SERVICE

On November 15, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                  */s/ Brian P. Sanford*