**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CONEISHA L. SHERROD,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:17-cv-758-O** |
| | § | |
| | § | |
| **UNITED WAY OF TARRANT COUNTY,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

Defendant United Way of Tarrant County (hereafter "United Way"), files its Objections to Plaintiff's Exhibit List pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)-(B) and would respectfully show the Court as follows:

## I. Exhibits Plaintiff Expects to Introduce into Evidence

Defendant objects to the following exhibits identified by Plaintiff:

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 1 | Smyers Email Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-15-17 | Sherrod 0001-02 | No objection. |
| 2 | Boyd Memo Re: Complaint, dated 2-14-17 with email dated 2-16-17 | Sherrod 00004-10 | No objection. |
| 3 | Castrellon email Re: Statement of Report, dated 2-22-17 | Sherrod 00011-12 | No objection. |
| 4 | Boyd email Re: FW: form 1295, dated 1-27-17 | Sherrod 00017-20 | No objection. |
| 5 | Sherrod email Re: Fwd: Reminder-Out of Office (Coneisha), dated 2-17-17 | Sherrod 00021-22 | No objection. |
| 6 | Smyers/Sherrod email chain Re: Finance, dated 2-22-17 | Sherrod 00023-24 | No objection. |
| 7 | Smyers/Jones email chain Re: Executive Staffing of Board & | Sherrod 00025-27 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| | Committee Meetings, dated 2-23-17 | | |
| 8 | Boyd/Sherrod email chain Re: Fwd: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 2-28-17 | Sherrod 00028-30 | No objection. |
| 9 | Sherrod email Re: Fwd: Just an FYI, dated 3-2-17 | Sherrod 00031-33 | No objection. |
| 10 | Smyers email chain Re: Accepted: Monthly (February) Meeting with TD and Coneisha, dated 3-2-17 | Sherrod 00034-37 | No objection. |
| 11 | Sherrod email chain Re: Formal Complaint, dated 3-2¬17 | Sherrod 00038-41 | No objection. |
| 12 | Sherrod email, Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-15-17 | Sherrod 00042-43 | No objection. |
| 13 | Booker email chain Re: Immediate Employee Resignation 03/03/2017, dated 3-3-17 | Sherrod 00044-45 | No objection. |
| 14 | McKinney email Re: Employee Matter, dated 2-416 | Sherrod 00091 | Privilege |
| 15 | Jones email Re: February 19, 2016, dated 2-12-16 | Sherrod 00092 | No objection. |
| 16 | Jones letter to Sherrod, dated 5-19-16 | Sherrod 00093 | Authentication; Hearsay |
| 17 | Dixon letter to Sherrod, dated 9-17-13 | Sherrod 00094 | No objection. |
| 18 | United Way Planning Committee Photos, 2016 | Sherrod 00137141 | No objection. |
| 19 | Djordjevic email Re: Congratulations: Your Appointment on United Way Talent Advisory Council, dated 11-29-16 | Sherrod 00142-143 | No objection. |
| 20 | Boyd email Re: Thank You!, dated 2-22-16 | Sherrod 00145 | No objection. |
| 21 | Sherrod Request Time Off, March 2017 | Sherrod 00147 | No objection. |
| 22 | Sherrod Performance Documents, 2014-2016 | Sherrod 00148-165 | No objection. |
| 23 | Sherrod Job Description, 2015 | Sherrod 00166-167 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 24 | McKinney email Re: Salaries, dated 2-9-17 | Sherrod 00170 | No objection. |
| 25 | McKinney income documents, 2010-2011 | Sherrod 00171-175 | No objection. |
| 26 | McKinney income documents dated 8-14-08 | Sherrod 00215 | Authentication |
| 27 | Sherrod emails Re: FW: United Way: Leah King Resume, dated 5-17-16 | Sherrod 00219 | No objection. |
| 28 | McKinney letter and attachment dated 7-1-15 | Sherrod 00220-223 | No objection. |
| 29 | Sherrod email Re: Employee Relations Meeting, dated 8- 15-16 | Sherrod 00224-225 | No objection. |
| 30 | Incident Report Re: Britton Pavlic, VP Finance and Controller, dated 7-25-16 | Sherrod 00226-227 | No objection. |
| 31 | Netherland email chain Re: Time Cards, dated 7-25-16 | Sherrod 00228-229 | No objection. |
| 32 | Sherrod email chain Re: Internal Complaint – June 6, 2016, dated 9-26-16 | Sherrod 00230 | Authentication; Hearsay |
| 33 | Spiker email Re: Tim McKinney's Incentive Compensation, dated 9-26-15 | Sherrod 00231 | No objection. |
| 34 | CEO Bonus Authorization dated 10-11-16 | Sherrod 00232 | No objection. |
| 35 | Sherrod email chain Re: Executive Presence – One Month Later, dated 10-16-14 | Sherrod 00233-235 | No objection. |
| 36 | United Way of Tarrant County Organization Goals & Objectives, June 2013 | Sherrod 00236-247 | No objection. |
| 37 | Vita letter dated 5-13-14 | Sherrod 00248-250 | No objection. |
| 38 | 403b Letters dated 5-16-14 | Sherrod 00251-294 | No objection. |
| 39 | Vita email Re: Corrective Contribution Payment, dated 5-15-14 | Sherrod 00295 | No objection. |
| 40 | Griffin letter to IRS with attachments dated 5-29-14 | Sherrod 00296-457 | Authentication |
| 41 | 403b Plan emails date 1-31-17 | Sherrod 00458461 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 42 | Sherrod Designation of Authorized Representative Form dated 11-8-13 | Sherrod 00462 | No objection. |
| 43 | Sherrod email chain Re: Verification of Contact Info: United Way of Tarrant County, dated 11-8-13 | Sherrod 00463-464 | No objection. |
| 44 | Retirement Plan Documents, 2016-2017 | Sherrod 00465-550 | No objection. |
| 45 | Booker email dated 1-19-16 Re: Tim McKinney's Base Pay | Sherrod 00551-52 | Authentication; Hearsay |
| 46 | Wallace email Re: FW: Draft: Compensation and Benefits Committee (Recommendations for Approval), dated 1-8-16 | Sherrod 00554-59 | No objection. |
| 47 | McKinney Letter to Lee dated 7-1-2015 | Sherrod 00560-63 | No objection. |
| 48 | Succession Planning Sub-Committee Minutes dated 1-20-15 | Sherrod 00564-66 | No objection. |
| 49 | Succession Planning Sub-Committee Minutes dated 3-17-15 | Sherrod 00564-66 | No objection. |
| 50 | Smyers email RE: Employment Status, dated 33-17 | Sherrod 00569 | No objection. |
| 51 | McKinney email Re: Coneisha sent you a message, dated 3-6-2017 | Sherrod 00573-75 | No objection. |
| 52 | McKinney letter to Sherrod Re: termination, resignation, and severance, dated 3-8-17 | Sherrod 00576-82 | No objection. |
| 53 | Board and Committee Lists | Sherrod 00583-646 | No objection. |
| 54 | Bylaws 2017 | Sherrod 00654-74 | No objection. |
| 55 | Minutes dated 11-18-14 | Sherrod 00737-45 | No objection. |
| 56 | Notes for 11-30-14 Financial Statements – Total Assets | Sherrod 00746 -52 | Authentication |
| 57 | Email from Sherrod Re: Formal Complaint, dated 3-217 | Sherrod 0787-88 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 58 | Sherrod email Re: Formal Complaint (TD Smyers), dated 3-2-17 | Sherrod 00789-90 | No objection. |
| 59 | Notes for 1-31-15 Financial Statements | Sherrod 00803-12 | Authentication |
| 60 | Bylaws 2015 | Sherrod 00822-41 | No objection. |
| 61 | McKinney email chain Re: EXTERNAL: Human resources related decisions, dated 6-19-16 | Sherrod 00990-992 | No objection. |
| 62 | Sherrod email chain Re: Trust, dated 6-23-16 | Sherrod 00993-994 | No objection. |
| 63 | Internal Investigation Report Re: Marilyn Jones, dated 7-6- 16 | Sherrod 00995-996 | No objection. |
| 64 | Stewart email Re: May 23rd, dated 7-12-16 | Sherrod 00997 | No objection. |
| 65 | Jones email Re: Follow-up, dated 7-13-16 | Sherrod 00998 | No objection. |
| 66 | Jones Memo Re: Don Smith, dated 7-11-16 | Sherrod 00999-1002 | Authentication; Hearsay |
| 67 | Complaint of Inappropriate Behavior Re: Don Smith | Sherrod 01003-1004 | Authentication; Hearsay |
| 68 | Smith email chain Re: Chelsea Guidry, dated 6-21- 16 | Sherrod 01005-1010 | No objection. |
| 69 | Notes for June 30, 2014 Financial Statements | Sherrod 01022-1033 | Authentication |
| 70 | McKinney Letter Re: President's Report, dated 9- 18-15 | Sherrod 01164-1166 | No objection. |
| 71 | Internal Investigation Report re: Stewart, dated 9-1-16 | Sherrod 01191-1192 | No objection. |
| 72 | Jones Memo Re: Record of Conversation Unacceptable Conduct and Performance Review (L. Stewart), dated 10-8-16 | Sherrod 01194-1197 | No objection. |
| 73 | Stewart email Re: My deepest apologies, dated 9-19-16 | Sherrod 01198-1199 | No objection. |
| 74 | Matkin Memo Re: Unprofessional Behavior of L. Stewart, dated 9-19-16 | Sherrod 01200-1205 | Authentication; Hearsay |
| 75 | Stewart memo Re: Modified Performance Review – September 8, 2016, dated 9-9-16 | Sherrod 01208-1212 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 76 | Jones memo Re: Record of Conversation of Follow-up Meeting: Unacceptable Conduct and Performance Review (L. Stewart), dated 10-19-16 | Sherrod 01213-1217 | Authentication; Hearsay |
| 77 | Financial Statements, Year Ended June 30, 2015 | Sherrod 01246-1279 | No objection. |
| 78 | Official Code of Ethics, Revised: Jan. 15, 2008) | Sherrod 01418-1429 | No objection. |
| 79 | Sherrod email chain Re: Formal Complaint, dated 3-2-17 | Sherrod 01447-1450 | No objection. |
| 80 | Sherrod income documents for 2017 | Sherrod 01519-1526 | No objection. |
| 81 | Sherrod Resume | Sherrod 01530-1531 | No objection. |
| 82 | Employee Handbook (Last Revised: 9/26/2016) | Sherrod 01532-1764 | No objection. |
| 83 | Clark email Re: FW: ERISA Attorney, dated 3-24-14 | Sherrod 01765-1766 | No objection. |
| 84 | Sherrod Earnings Statements and Benefits Info, 2016 | Sherrod 01767-1822 | No objection. |
| 85 | Sherrod pay stubs, 2016 | Sherrod 01850-1852 | No objection. |
| 86 | McKinney email chain Re: Fwd: February 19, 2016, dated 2-12-16 | Sherrod 01853-1854 | Privilege |
| 87 | Sherrod letter to City of Fort Worth Human Relations Unit, dated 3-6-17 | Sherrod 01869-1871 | No objection. |
| 88 | McKinney email chain Re: United Way of Tarrant County, dated 7-22-16 | Sherrod 01891-1893 | No objection. |
| 89 | Sherrod email Re: FW: Internal Complaint – June 6, 2016, dated 9-26-16 | Sherrod 01894 | No objection. |
| 90 | Investigation Report re: McKinney, Smyers, and Buehler dated 9-14-16 | Sherrod 01895-1899 | No objection. |
| 91 | Hunt letter Re: Marilyn Jones, dated 2-19-15 | Sherrod 01900-1904 | No objection. |
| 92 | McKinney email chain Re: M. Jones Correspondence, dated 4-7-15 | Sherrod 01905-1906 | Privilege |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 93 | MacLeod letter Re: Marilyn Jones, dated 4-2-15 | Sherrod 01907-1908 | Authentication; Hearsay |
| 94 | Moody email Re: FW: Please pay this today, dated 2-22-17 | Sherrod 01912-1913 | No objection. |
| 95 | Moody memo to Sherrod, dated 2-13-17 | Sherrod 01914 | No objection. |
| 96 | Moody email Re: HR issues, dated 2-13-17 | Sherrod 01915-1916 | No objection. |
| 97 | Snow email Re: Statement and Job Duties, dated 2-10-17 | Sherrod 01917-1920 | No objection. |
| 98 | Netherland letter to Sherrod, dated 2-14-17 | Sherrod 01921-1922 | Authentication; Hearsay |
| 99 | Netherland email Re: Morning Conversation, dated 2-14-17 | Sherrod 01923 | No objection. |
| 100 | Stacy email Re: Our meeting 2/14/17, dated 2-14-17 | Sherrod 01924-1926 | No objection. |
| 101 | Frederick email Re: Updates on issue, dated 2-8-17 | Sherrod 01929 | No objection. |
| 102 | Jones email chain Re: February 19, 2016, dated 2- 12-16 | Sherrod 01930-1932 | Privilege |
| 103 | Castrellon email Re: Observations from Finance Investigation, dated 3-2-17 | Sherrod 01940 | No objection. |
| 104 | Sherrod email Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-22-17 | Sherrod 01944 | No objection. |
| 105 | Smyers email Re: Finance, dated 2-22-17 | Sherrod 01945 | No objection. |
| 106 | 2015 Employee Salary Administration Report | Sherrod 01963-1965 | Authentication |
| 107 | McKinney email Re: SVP of Development Hiring Process, dated 3-7-16 | Sherrod 01967-1969 | No objection. |
| 108 | McKinney email Re: FW: SVP of Development Hiring Process, dated 3-7-16 | Sherrod 01970-1974 | No objection. |
| 109 | McKinney email Re: FW: SVP of Development Hiring Process, dated 3-9-16 | Sherrod 01975-1978 | No objection. |
| 110 | Lopez email Re: Review of Incumbent Salary, dated 3-12- 15 | Sherrod 01997-2004 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 111 | Booker email chain Re: 2-1-1, dated 5-17-17 | Sherrod 02005 | No objection. |
| 112 | Notice of Jones 3-4-16 EEOC Charge, dated 3-24-16 | Sherrod 02012-2015 | No objection. |
| 113 | Booker email chain Re: Resource Development Enabling Strategy, dated 417-16 | Sherrod 02026-2029 | No objection. |
| 114 | Jones Settlement Agreement, dated 5-6-15 | Sherrod 02031-2038 | No objection. |
| 115 | Jones letter to Sherrod re retaliation, dated 5-19-16 | Sherrod 02042 | No objection. |
| 116 | Jones memo Re: Responses to UWTC Internal Investigation, dated 6-6-16 | Sherrod 02045-2056 | No objection. |
| 117 | Jones email chain Re: Strategic Review Retaliation, dated 6-2-16 | Sherrod 02057-2058 | No objection. |
| 118 | McKinney email chain Re: Board correspondence re succession planning, dated 720-16 | Sherrod 02080 | No objection. |
| 119 | Buehler email chain Re: FW: TD Smyers recommendation for COO/Development Officer, dated 7-18-16 | Sherrod 02081 | No objection. |
| 120 | Buehler email chain Re: FW: TD Smyers recommendation for COO/Development Officer, dated 7-18-16 | Sherrod 02082-2083 | No objection. |
| 121 | Pearson Partners International COO/CDO Search Update and related documents | Sherrod 02087-2145 | No objection. |
| 122 | Buehler email chain Re: FW: Letter from Board Chair Scott Spiker, dated 7-18-16 | Sherrod 02182-2183 | No objection. |
| 123 | Spiker letter to UWTC Board of Directors, dated 10-15-15 | Sherrod 02184-2185 | No objection. |
| 124 | Buehler email chain Re: FW: FW: TD Smyers' Transition, dated 7-18-16 | Sherrod 02188-2190 | No objection. |
| 125 | Smyers email chain Re: 2-2-1 Pay Discrepancies, dated 12- 1-16 | Sherrod 02195-2196 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 126 | Boyd email on behalf of McKinney re: Star-Telegram article, dated 12-19-16 | Sherrod 02197 | No objection. |
| 127 | Historical Base Salary, Ann Rice with handwritten additions | Sherrod 02198 | No objection. |
| 128 | Job Description, Executive Vice President Community Development and Chief Operating Officer | Sherrod 02199-2201 | No objection. |
| 129 | Ann Rice Salary Documents | Sherrod 02202-2215 | No objection. |
| 130 | Written Warning, dated 2-21- 12 | Sherrod 02216 | No objection. |
| 131 | Personnel records, C. McQuitty | Sherrod 02217-2237 | Privacy |
| 132 | Jones Investigation documents, dated 6-29-16 | Sherrod 02241-2254 | No objection. |
| 133 | Smyers email Re: The Strategic Planning Process and Our Community Development Enabling Strategy, dated 2-28-16 | Sherrod 02255-2268 | No objection. |
| 134 | Pharr letter to McKinney, dated 4-2-12 | Sherrod 02310 | No objection. |
| 135 | Personnel Records, L. Pharr | Sherrod 02316-2377 | Authentication; Hearsay; Privacy Issues |
| 136 | Pharr Offer Letter and Historical Base Salary, M. Jones | Sherrod 02378 | Authentication; Hearsay |
| 137 | MacLeod letter to McKinney Re: Marilyn Jones' Title and Compensation, dated 2-4-15 | Sherrod 02379-2380 | No objection. |
| 138 | Job Description, Sr. Vice President, Community Development and Jones Resume | Sherrod 02381-2384 | No objection. |
| 139 | Jones letter to McKinney, dated 1-29-15 | Sherrod 02385-2386 | No objection. |
| 140 | Jones personnel documents | Sherrod 02387-2399 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 141 | Video, https://safeshare.tv/x/FvVTVikOSz (attempting to "spoof" images and videos of confrontations between police officers and African-Americans as a sporting game, and includes statements such as "next year's games will be brought to you by Travon Martin Hoodies. Remember they only come in two colors: 'Michael Brown' and 'Freddie Gray.'") *Last visited Jan. 26, 2018.* | | Authentication; Hearsay |
| 142 | Employee Information Tables | Sherrod 02521-2534 | Authentication |
| 143 | McKinney email Re: 403(b) Plan Record Keeper Recommendation, dated 1-3117 | Sherrod 02535 | No objection. |
| 144 | Calendar, February-March 2017 | Sherrod 02536-2541 | Authentication |
| 145 | Recordkeeper Search Analysis, dated 12-13-16 | Sherrod 02542-2575 | No objection. |
| 146 | McKinney email Re: Leah King, dated 5-8-17 | Sherrod 02605 | No objection. |
| 147 | Photograph, Leah King mailings | Sherrod 02607 | Authentication |
| 148 | United Way Worldwide Code of Ethics Guide | Sherrod 02614-2629 | No objection. |
| 149 | 2015 Employee Salary Administration Report | Sherrod 02630-2634 | No objection. |
| 150 | 403(b) Plan Recordkeeper Evaluation and Recommendation Executive Summary | Sherrod 02638-2640 | No objection. |
| 151 | Excerpt, Global Standards for United Way Organizations | Sherrod 02680-2704 | Completeness; Authentication |
| 152 | List of Officers | Sherrod 02778-2779 | Authentication |
| 153 | Recordkeeper Search Finalists Review & Recommendation, dated 1-24-17 | Sherrod 02798-2811 | No objection. |
| 154 | Sherrod recordings | | Authentication; Hearsay; Privilege |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 155 | Booker email Re: Fwd: Tim McKinney's Base Pay, dated 1-19-16 | Sherrod 02954 | No objection. |
| 156 | Qualifications Comparison, McQuitty, Jones | Sherrod 03278 | Authentication; Hearsay |
| 157 | Job Description, President and CEO | Sherrod 03279-3281 | No objection. |
| 158 | Jones Resume | Sherrod 03282-3283 | Authentication |
| 159 | McQuitty Resume | Sherrod 03295-3296 | Authentication |
| 160 | Pharr email Re: Interesting . . ., dated 2-9-11 | Sherrod 03308-3309 | Authentication; Hearsay |
| 161 | Executive & Finance Committees recommendation and approval (Tues., March 9, 2004) | Sherrod 03313-3314 | Authentication; Hearsay |
| 162 | McKinney email Re: Complaint, dated 4-6-16 | Sherrod 03322 | Privilege |
| 163 | Sherrod emails Re: Group Benefits Broker – Follow-up, dated 4-27-16 | Sherrod 03325-3326 | No objection. |
| 164 | McKinney email chain Re: Group Benefits Broker- Follow-up, dated 4-27-16 | Sherrod 03327-3328 | No objection. |
| 165 | COBRA Election documents, Sherrod, dated 5-5-17 | Sherrod 03333-3335 | Authentication |
| 166 | Hairston email Re: Coneisha Sherrod- COBRA Benefits Update, dated 6-7-17 | Sherrod 03344 | Authentication; Hearsay |
| 167 | Committee Oversight Items | Sherrod 03350 | Authentication |
| 168 | Succession Planning Sub-Committee minutes, dated 1- 20-15 | Sherrod 03358-3360 | No objection. |
| 169 | Calendar, March 4, 2017 | Sherrod 03363 | Authentication |
| 170 | McKinney memo Re: Senior Management Contingency/Succession Plan, dated 12-12-11 | Sherrod 03364-3366 | No objection. |
| 171 | Pavlic email chain Re: Revised W-2's, dated 2-23-17 | Sherrod 03369-3370 | Authentication |
| 172 | Lopez email chain Re: HR, dated 4-27-16 | Sherrod 03373-3375 | No objection. |
| 173 | Statement to the Executive Committee re: Jones, dated 5- 4-16 | Sherrod 03377-3386 | Authentication; Hearsay; Privilege |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 174 | Gutierrez email chain Re: Recommendation to modify current healthcare costs to employees | Sherrod 03390-3398 | No objection. |
| 175 | Jones email chain Re: Pay Issues, dated 12-2-16 | Sherrod 03541-3547 | No objection. |
| 176 | Officers, Directors, Trustees, Key Employees, Etc. Excel Spreadsheet | Sherrod 03753 | Authentication |
| 177 | Chambers email chain Re: "??", dated 7-19-16 | UWTC_001180-1182 | No objection. |
| 178 | Turner email Re: UWTC/Jones investigation, dated 8-5-16 | UWTC_001203-1204 | No objection. |
| 179 | Organizational Charts, dated 6-27-16 | UWTC_001235-1243 | No objection. |
| 180 | Handwritten Notes | UWTC_001096-1100 | No objection. |
| 181 | Handwritten Notes | UWTC_001112-1127 | No objection. |
| 182 | Proposed Committee Restructuring | UWTC_001129 | No objection. |
| 183 | Handwritten Notes | UWTC_001149-1158 | No objection. |
| 184 | McKinney email Re: TD Smyers, dated 9-26-16 | UWTC_000184 | No objection. |
| 185 | Smyers email chain Re: Cancelling meeting for Monday March 6, dated 3-217 | UWTC_000185-186 | No objection. |
| 186 | Boyd email Re: Calendar for March 2nd, dated 3-2-17 | UWTC_000187 | No objection. |
| 187 | Boyd calendar notice Re: Monthly (February) Meeting with TD and Coneisha, dated 3-6-17 | UWTC_000188 | No objection. |
| 188 | Boyd calendar notice Re: Weekly Meeting with Beverly – Cancelled, dated 3-6-17 | UWTC_000189 | No objection. |
| 189 | Boyd email Re: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 2-2817 | UWTC_000190-191 | No objection. |
| 190 | Boyd email Re: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 1212-16 | UWTC_000192 | No objection. |
| 191 | Equifax Fax Cover Sheet Re: Coneisha Sherrod, dated 3-2717 | UWTC_000193 | No objection. |

| No. | Description of Exhibit | Bates # | Objection(s) |
|---|---|---|---|
| 192 | Sherrod email Re: Benefits Manager Corporate Gift, dated 10-21-16 | UWTC_000292-293 | No objection. |
| 193 | Smyers email chain Re: Please Remove Sherrod System Access, dated 3-3-17 | UWTC_000298-301 | No objection. |
| 194 | Smyers email chain Re: Monthly Meeting with TD Smyers and Coneisha Sherrod, dated 2-27-17 | UWTC_000305-307 | No objection. |
| 195 | Lyttle email chain Re: Recap-Complaints Concerning Finance Staff (2/14/17), dated 2-27-17 | UWTC_000311-315 | No objection. |
| 196 | Organizational Charts | UWTC_0001-20 | No objection. |
| 197 | Sherrod Resume and Recommendation letters | UWTC_000122-127 | No objection. |
| 198 | Smyers Resume | UWTC_000139 | No objection. |
| 199 | United Way 990's | | No objection. |
| 200 | Sherrod Lost Pay Summary | | No objection. |

Respectfully submitted,

*/s/ **Andrew T. Turner***

Andrew T. Turner
Texas Bar No. 24008968
andrew.turner@ogletree.com
John M. Barcus
Texas Bar No. 24036185
john.barcus@ogletree.com
James T. McBride
Texas Bar No. 24098061
james.mcbride@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
214.987.3800
214.987.3927 (Fax)
**ATTORNEYS FOR DEFENDANT UNITED WAY OF TARRANT COUNTY**

## CERTIFICATE OF SERVICE

On November 15, 2018, the foregoing document was served via electronic mail to all counsel of record.

s/***Andrew T. Turner***
Andrew T. Turner

36325681.1