IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONEISHA L. SHERROD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:17-cv-00758-O |
| | § | |
| UNITED WAY OF TARRANT COUNTY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S SUPPLEMENTAL MOTION IN LIMINE

TO THE HONORABLE REED O'CONNOR:

Plaintiff Coneisha L. Sherrod moves for the following in limine:

Any reference to or mention of the dismissal of any claims of Michael Price, a witness. FED. R. EVID. 401-403.

Michael Price filed a lawsuit against United Way of Tarrant County (UWTC) claiming race discrimination and retaliation. (*Michael D. Price v. United Way of Tarrant Cnty.*, No. 4:18-CV-057-A (N.D. Tex. Jan. 18, 2019)). Mr. Price will be a witness in Ms. Sherrod's trial. Mr. Price's lawsuit was dismissed on summary judgment; however, the judgment is not final. The dismissal of Mr. Price's claims is of no consequence in determining the outcome of Ms. Sherrod's claims. *See* FED. R. EVID. 401. Admissibility of the dismissal of his claims is outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. *See* FED. R. EVID. 403.

WHEREFORE, Plaintiff requests that, before commencement of voir dire examination of the jury, counsel for Defendant United Way of Tarrant County, and

all witnesses be instructed by an appropriate order from this Court to refrain from making any mention or interrogation, directly or indirectly, in any manner whatsoever, concerning any of the matters set forth herein without first approaching the bench and obtaining a ruling of the Court, outside the presence of any jurors or prospective jurors, in regard to the admissibility of such matters.

Respectfully submitted,

    */s/ Brian P. Sanford*
       Brian P. Sanford
       Texas Bar No. 17630700
       bsanford@sanfordfirm.com
       David B. Norris
       Texas Bar No. 24060934
       dnorris@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF**
**CONEISHA SHERROD**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 1, 2019, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

        */s/ Brian P. Sanford*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendant on January 30, 2019, regarding the matters in this motion and Defendant opposes the motion.

*/s/ Brian P. Sanford*
