If you need to communicate with me during your deliberations, the presiding juror should write the inquiry and give it to the court security officer. After consulting with the attorneys, I will respond either in writing or by meeting with you in the courtroom. Keep in mind, however, that you must never disclose to anyone, not even to me, your numerical division on any question.

You may now proceed to the jury room to begin your deliberations.

_____
Presiding Judge

2/7/19
_____
Date

## Jury Certification

The foregoing answers are the unanimous answers of the jury.



Foreperson

2-8-19
_____
Date

9